IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 3:25-CV-98 (TES) |
| Plaintiff, | |
| v. | |
| APPROXIMATELY 278,734.277893 TETHER, (USDT) FROM AN UNHOSTED ADDRESS IDENTIFIED BY TEpUkUeN4kJwZjW94kPYmq11r7AZ5nbbnq | |
| Defendant Property, | |
| THOMAS GOERTZEN, | |
| Claimant. | |

**ORDER EQUITABLY TOLLING THE CLAIM DEADLINE
AND FURTHER EXTENDING THE TIME TO SUBMIT <u>A
PROPOSED SCHEDULING AND DISCOVERY ORDER</u>**

The United States' Motion to Equitably Toll the Claim Deadline and Further Extend the Time to Submit a Proposed Scheduling and Discovery Order in the above-styled case having been read and considered, the Court finds the request to be reasonable and justified.

IT IS HEREBY ORDERED that the claim deadline for the second potential victim/claimant is equitably tolled, up to and including, thirty-five (35) days upon receipt of any direct notice sent by the United States; and

IT IS FURTHER HEREBY ORDERED the parties shall submit a proposed Scheduling and Discovery Order no later than December 30, 2025.

2

SO ORDERED this _7_ day of ___October___, 2025.

                                            __s/Tilman E. Self, III__
                                            TILMAN E. SELF, III, JUDGE
                                            MIDDLE DISTRICT OF GEORGIA
                                            UNITED STATES DISTRICT COURT

PREPARED BY:

WILLIAM R. KEYES
UNITED STATES ATTORNEY

*/s/ Michael P. Morrill*
MICHAEL PATRICK MORRILL
Assistant United States Attorney
Georgia Bar Number: 545410