# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CASE NO.: 3:25-CV-98 (TES)** |
| Plaintiff, : | |
| v. : | |
| **APPROXIMATELY 278,734.277893 TETHER, (USDT) FROM AN UNHOSTED ADDRESS IDENTIFIED BY TEpUkUeN4kJwZjW94kPYmq11r7AZ5nbbnq** : | |
| Defendant Property, : | |
| **THOMAS GOERTZEN,** : | |
| Claimant. : | |

## SECOND ORDER EQUITABLY TOLLING THE CLAIM DEADLINE AND FURTHER EXTENDING THE TIME TO SUBMIT A PROPOSED SCHEDULING AND DISCOVERY ORDER

The United States' Second Motion to Equitably Toll the Claim Deadline and Further Extend the Time to Submit a Proposed Scheduling and Discovery Order in the above-styled case having been read and considered, the Court finds the request to be reasonable and justified.

IT IS HEREBY ORDERED that the claim deadline for the three (3) additional potential victims/claimants is equitably tolled, up to and including, thirty-five (35) days upon receipt of any direct notice sent by the United States; and

IT IS FURTHER HEREBY ORDERED the parties shall submit a proposed Scheduling and Discovery Order no later than March 30, 2026.

2

SO ORDERED this 16th day of December , 2025.

 s/Tilman E. Self, III
TILMAN E. SELF, III, JUDGE
MIDDLE DISTRICT OF GEORGIA
UNITED STATES DISTRICT COURT

PREPARED BY:

WILLIAM R. KEYES
UNITED STATES ATTORNEY

*/s/ Michael P. Morrill*
MICHAEL PATRICK MORRILL
Assistant United States Attorney
Georgia Bar Number: 545410