**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO.: 3:25-CV-98 (TES)** |
|    **Plaintiff,** | : | |
| | : | |
|    **v.** | : | |
| | : | |
| **APPROXIMATELY 278,734.277893 TETHER,** | : | |
| **(USDT) FROM AN UNHOSTED** | : | |
| **ADDRESS IDENTIFIED BY** | : | |
| **TEpUkUeN4kJwZjW94kPYmq11r7AZ5nbbnq** | : | |
| | : | |
|    **Defendant Property,** | : | |
| | : | |
| **THOMAS GOERTZEN** | : | |
|    **Claimant,** | : | |
| | : | |
| **ROBERT HUGH FLETCHER** | : | |
|    **Claimant, and** | : | |
| | : | |
| **ROBERT J. DAVID** | : | |
|    **Claimant.** | : | |
| | : | |

## FINAL ORDER OF FORFEITURE

On June 11, 2025, Plaintiff filed a Verified Complaint for Forfeiture against the

Defendant Property. The Verified Complaint alleged that the Defendant Property is

subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) because it constitutes property,

real or personal, involved in a transaction or attempted transaction in violation of 18

U.S.C. § 1956 (money laundering), or is property traceable to such property. The Verified

Complaint further alleged that the Defendant Property is also subject to forfeiture

pursuant to 18 U.S.C. § 981(a)(1)(C) because it is property, real or personal, which

constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343 (wire fraud), or a conspiracy to commit such offense.

Pending now before the Court is the United States' Motion for Final Order of Forfeiture.

The Court hereby makes the following FINDINGS OF FACT AND CONCLUSIONS OF LAW:

1. Pursuant to a Warrant of Arrest *In Rem* this Court issued on June 12, 2025, the United States Secret Service for the Middle District of Georgia arrested and seized the Defendant Property on June 25, 2025.

2. The United States perfected service of process of this action on potential claimants Zeng Guo Yin, Thomas Goertzen, Robert Hugh Fletcher, Robert J. David, and Ronald R. Russ.

3. The United States published notice of this action on an official government website, *www.forfeiture.gov* for at least thirty (30) consecutive days, beginning on July 19, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.

4. On July 23, 2025, Claimant Thomas Goertzen, through his counsel, Sean A. Black, Esq., filed an Answer. Attached to the Answer as Exhibit A, was Claimant Goertzen's Claim, in which he asserted an interest in a portion of the Defendant Property.

5. On January 14, 2026, Claimant Robert Hugh Fletcher ("Fletcher"), through his counsel, Bryan S. Kaplan, Esq., filed a Claim and Answer, in which he asserted an

interest in some or all of the Defendant Property.  On the same date, Fletcher's Claim was refiled as a text searchable pdf.

6.      On February 2, 2026, and February 5, 2026, respectfully, Claimant Robert J. David ("David"), through his counsel, Robert D. McCullers, Esq., filed a Claim and Answer, in which he asserted an interest in some or all of the Defendant Property.  On February 6, 2026, David's Claim was refiled as a text searchable pdf.

7.      On February 10, 2026, the Court entered a Rules 16 and 26 Order, which ordered the parties to confer within twenty (20) days from the date of the Order, and to submit a proposed Scheduling and Discovery Order by March 12, 2026.

8.      On February 27, 2026, the United States, with the concurrence of Claimant Thomas Goertzen, through his attorney, Sean A. Black, Esq., Claimant Robert Hugh Fletcher, through his attorney, Bryan S. Kaplan, Esq., and Claimant Robert J. David, through his attorney, Robert D. McCullers, Esq., filed a Motion to Further Extend the Time to Confer and Submit a Proposed Scheduling and Discovery Order, and on March 2, 2026, the Court entered an Order granting the motion directing the parties to confer no later than April 1, 2026, and to submit the proposed scheduling and discovery order no later than April 13, 2026.

9.      On April 13, 2026, the United States, with the concurrence of Claimant Thomas Goertzen, through his attorney, Sean A. Black, Esq., Claimant Robert Hugh Fletcher, through his attorney, Bryan S. Kaplan, Esq., and Claimant Robert J. David, through his attorney, Robert D. McCullers, Esq., filed a Notice of Claimants' Voluntary

Election to Withdraw All Claims and Answers to Verified Forfeiture Complaint in Lieu of Submitting a Proposed Scheduling and Discovery Order.

10.     On June 22, 2026, the United States, Claimant Thomas Goertzen, through his attorney, Sean A. Black, Esq., Claimant Robert Hugh Fletcher, through his attorney, Bryan S. Kaplan, Esq., and Claimant Robert J. David, through his attorney, Robert D. McCullers, Esq., filed a Joint Notice of Stipulations and Claimants' Voluntary Election to Withdraw All Claims and Answers to Verified Forfeiture Complaint.

11.     No other claims or answers have been filed with regard to the Defendant Property and the time for any other persons or entities to file a claim and answer has expired.

**THEREFORE, IT IS HEREBY ORDERED THAT**:

Pursuant to 18 U.S.C. § 981(a)(1)(A), 18 U.S.C. § 981(a)(1)(C), Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and Federal Rules of Civil Procedure, the Court finds by a preponderance of the evidence that the United States has established that the Defendant Property constitutes property, real or personal, involved in a transaction or attempted transaction in violation of 18 U.S.C. § 1956 (money laundering), or is property traceable to such property, and/or constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1343 (wire fraud), or a conspiracy to commit such offense.

All right, title, and interest in the Defendant Property is hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant

4

good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

SO ORDERED, this __23__ day of __June_____, 2026.


__s/Tilman E. Self, III_____
TILMAN E. SELF, III, JUDGE
MIDDLE DISTRICT OF GEORGIA
UNITED STATES DISTRICT COURT


PREPARED BY:

WILLIAM R. KEYES
UNITED STATES ATTORNEY

_/s/ Michael P. Morrill_____
MICHAEL PATRICK MORRILL
Assistant United States Attorney
Georgia Bar Number: 545410